Albert E. WIER, Appellant, v. Conway P. COE, Com'r of Patents.

No. 7719.

United States Court of Appeals for the District of Columbia.

Sept. 29, 1941.

John Q. GAUBERT, John D. Seabert, Radio Corporation of America, Appellants, v. Conway P. COE, Com'r of Patents.

No. 7673.

United States Court of Appeals for the District of Columbia.

Sept. 29, 1941.

Jennings Bailey, Jr., and Hugo Huettig, Jr., both of Washington, D. C., for appellant.

W. W. Cochran, of Washington, D. C., for appellee.

Before GRONER, Chief Justice, and MILLER and VINSON, Associate Justices.

PER CURIAM.

We agree with the Patent Office and the District Court, 33 F.Supp. 142, that the disclosures of appellant's application fail to reveal anything approaching the dignity of invention.

Affirmed.

Chester L. Davis, of Washington, D. C., and James G. Norton and Ira J. Adams, both of New York City, for appellants.

W. W. Cochran and E. L. Reynolds, both of Washington, D. C., for appellee.

Before GRONER, Chief Justice, and MILLER and VINSON, Associate Justices.

PER CURIAM.

We agree with the Patent Office and the District Court that appellants are not entitled to the relief sought and that their complaint was properly dismissed.

Affirmed.

GRONER, Chief Justice, took no part in the decision of this case.